1  PHILLIP A. TALBERT
Acting United States Attorney
2  KAREN A. ESCOBAR
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
5
Attorneys for Plaintiff
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9  UNITED STATES OF AMERICA,              CASE NO. 1:95-MJ-02305-1

10                          Plaintiff,    GOVERNMENT MOTION TO DISMISS AND
                                          ORDER
11            v.

12  KET SOMSANA,

13                          Defendant.

14

15       The United States of America, by and through its undersigned counsel, hereby moves for

16  dismissal at the request of the Chief of the Homicide Division of the Fresno County District Attorney's

17  Office.  It is also requested that the arrest warrant that issued herein be recalled.

18   Dated:  October 6, 2021                 PHILLIP A. TALBERT
                                             Acting United States Attorney
19
                                       By:  /s/ KAREN A. ESCOBAR
20                                           KAREN A. ESCOBAR
                                             Assistant United States Attorney
21

22                                O R D E R

23       IT IS SO ORDERED
IT IS SO ORDERED.
24

25  Dated:    **October 6, 2021**          _____
                                           UNITED STATES MAGISTRATE JUDGE
26

27

28